IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DIGITUDE INNOVATIONS LLC,<br><br>       Plaintiffs,<br><br>  v.<br><br><br><br>AMAZON.COM, INC.,<br><br>       Defendant. | CIVIL ACTION NO. 1:11−CV−01191−LPS |

## STIPULATION OF DISMISSAL

Plaintiff Digitude Innovations, LLC ("Digitude") and Defendant Amazon.com, Inc. ("Amazon"), through their undersigned counsel, hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action is dismissed with prejudice with each party to bear its own costs.

Dated: May 4, 2012

| | |
|---|---|
| */s/ Edmond D. Johnson* | */s/ Richard L. Horwitz* |
| Edmond D. Johnson (Del. Bar No. 2257) | Richard L. Horwitz (Del. Bar. No. 2246) |
| Pepper Hamilton LLP | David Ellis Moore |
| Hercules Plaza, Suite 5100 | Potter Anderson & Corroon, LLP |
| 1313 N. Market Street | 1313 N. Market St., Hercules Plaza, 6th Flr. |
| P.O. Box 1709 | P.O. Box 951 |
| Wilmington, Delaware 19899-1709 | Wilmington, DE 19899-0951 |
| (302) 777-6500 | (302) 984-6000 |
| *johnsone@pepperlaw.com* | *rhorwitz@potteranderson.com* |
| | *dmoore@potteranderson.com* |
| *Attorneys for Plaintiffs* | |
| *Digitude Innovations LLC* | *Attorneys for Defendant Amazon.com, Inc.* |